AUGUST EICKELBERG et al., Respondents, *v.* THE BOARD OF HEALTH OF THE TOWN OF NEWTOWN, Appellant.

(Argued October 16, 1890; decided October 28, 1890.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made February 13, 1888, which affirmed an order of Special Term enjoining defendant from interrupting or interfering with burials in the town of Newtown.

*Merritt E. Sawyer* for appellant.

*George L. Terry* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

In the Matter of the Application of HENRY JACOBY for an Alternative Writ of Mandamus *v.* THE CONGREGATION KEHILATH JESHURUM.

(Argued October 13, 1890; decided October 28, 1890.)

APPEAL from order of the General Term of the Superior Court of the city of New York, made the second Monday of February, 1888, which affirmed an order of General Term denying an application for a mandamus.

*Henry B. B. Stapler* for appellant.

*S. W. Rosendale* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.